IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL SCOTT SHICK,<br>           Plaintiff<br><br>vs.<br><br>JEFF HORNBERGER, Warden; ALL MEDICAL PERSONNEL, Names Unknown-Drs/Health Care Providers; JANNA ALTOBELLI, LPN; DAVID G. CYPHERT, Vice Chairperson; RONALD CRAMER, M.D.; DONNA HARTLE, Chairperson; DONNA OBERLANDER, Chairperson,<br>           Defendants | Civil Action No. 05-306<br>Judge Donetta W. Ambrose/<br>Magistrate Judge Amy Reynolds Hay |

## ORDER

AND NOW, this 16th day of Feb., 2006, after the plaintiff, Russell Scott Shick, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

        IT IS ORDERED that the complaint is dismissed for failure to prosecute;

        IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

*/s/ Donetta W. Ambrose*
DONETTA W. AMBROSE
Chief United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Russell Scott Shick
P.O. Box 76
St. Petersburg, PA 15054